UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOLITA CABRERA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>EXPERIAN,<br><br>                              Defendant. | 1:21-CV-8313 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued February 7, 2022, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under the Fair Credit Reporting Act for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service of court documents. (ECF 2, at 9.)

SO ORDERED.

Dated:   February 7, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge